DANIEL G. BOGDEN
United States Attorney
BRIAN L. SULLIVAN
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE HERNANDEZ-HERNANDEZ,<br><br>　　　　　　Defendant. | Case No. 3:15-MJ-086-WGC<br><br>Motion and Order for Dismissal |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by government motion, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby moves to dismiss without prejudice the Complaint, filed July 29, 2015, against JOSE HERNANDEZ-HERNANDEZ, defendant herein.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　DANIEL G. BOGDEN
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ Brian L. Sullivan
　　　　　　　　　　　　　　　　　　　　　　BRIAN L. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.


Dated: August 14, 2015　　　　　　　　　　　/s/ William G. Cobb
　　　　　　　　　　　　　　　　　　　　　　WILLIAM G. COBB
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1